United States Court of Appeals
Fifth Circuit

**F I L E D**

June 23, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

-----

No. 03-41654
Conference Calendar

-----

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MICHAEL BRADLEY MILLS,
also known as Brad Mills,
also known as Squeeky,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:02-CR-75-3
--------------------

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:*

        The Federal Public Defender appointed to represent Michael

Bradley Mills has moved for leave to withdraw and has filed a

brief as required by Anders v. California, 386 U.S. 738 (1967).

Mills has not filed a response.

        Our independent review of the brief and the record discloses

no nonfrivolous issues in this direct appeal.  Accordingly, the

motion to withdraw is GRANTED, and counsel is excused from

further responsibilities herein.  The appeal is DISMISSED.

See 5TH CIR. R. 42.2.

-----

        * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.